proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

UNION SQUARE PARK COMMUNITY COALITION, INC., et al., Appellants, v NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION et al., Respondents.

Submitted December 2, 2013; decided December 10, 2013

Motion by Union Square Partnership et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

UNION SQUARE PARK COMMUNITY COALITION, INC., et al., Appellants, v NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION et al., Respondents.

Submitted December 2, 2013; decided December 10, 2013

Motion by New Yorkers for Parks for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

UNION SQUARE PARK COMMUNITY COALITION, INC., et al., Appellants, v NEW YORK CITY DEPARTMENT OF PARKS AND RECREATION et al., Respondents.

Submitted December 2, 2013; decided December 10, 2013

Motion by Raritan Baykeeper, Inc., et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.